UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 19-cv-24523-BLOOM/Louis

ELYSE KOVEN, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

DERMA LASER CENTER, LLC, a
Florida Limited Liability Company,

    Defendant.
_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

**THIS CAUSE** is before the Court upon *sua sponte* review of the record. Plaintiff filed this action on November 1, 2019. ECF No. [1]. A summons was issued as to Defendant Derma Laser Center, LLC ("Defendant") on November 1, 2019. ECF No. [3]. Service of the summons and Complaint was executed on Defendant on November 7, 2019, setting a response deadline of December 2, 2019. ECF No. [6]. Defendant failed to answer or otherwise respond to the Complaint by the December 2, 2019, deadline. On December 4, 2019, this Court issued an Order on Default Procedures, ECF No. [7] ("Order"), requiring that Defendant file a response to Plaintiff's Complaint by no later than December 10, 2019. Further, if Defendant failed to respond by December 10, 2019, the Court directed Plaintiff to file a Motion for Entry of Clerk's Default as to Defendant by no later than December 17, 2019. *Id.* Explicit in the Court's Order was the warning that "Plaintiff's failure to file a Motion for Entry of Clerk's Default within the specified time may result in **dismissal** without prejudice and without further notice as to the Defendant." *Id.* Defendant

Case No. 19-cv-24523-BLOOM/Louis

failed to file its response by December 10, 2019. Likewise, to date, Plaintiff has failed to file a Motion for Entry of Clerk's Default or shown good cause.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is **DISMISSED WITHOUT PREJUDICE** for failure to comply with court orders.

2. Each party shall bear its own attorneys' fees and costs.

3. To the extent not otherwise disposed of, all pending motions are denied as **MOOT** and all deadlines are **TERMINATED**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 18, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record